JACQUELYNE M. NGUYEN, Bar No. 249658
LAW OFFICE OF JACQUELYNE M. NGUYEN
1670 SANTA ANA AVE., SUITE K
COSTA MESA, CA 92627
Telephone: (949) 722-0055
Fax:(949) 722-8416

Attorney for: PLAINTIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>Kenneth Harris, aka<br><br>Kenneth M. Harris,<br><br>Defendant | No. CV 12- 6179<br><br>CONSENT JUDGMENT |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Kenneth Harris, aka Kenneth M. Harris, in the principal amount of $1,242.53 plus interest accrued to July 2, 2012, in the sum of $1,465.90; with interest accruing thereafter at the daily rate of $0.15 until entry of judgment, administration costs in the amount of $68.19, for a total amount of **$2,776.62**.

DATED: 7/25/2012      By: _____TERRY NAFISI_____
                            Clerk of the Court
                              L. RAYFORD
                         _____
                              Deputy Clerk
                         United States District Court

Page 5